IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRICE BUILDING COMPANY, INC.,
    Plaintiff,

v.                                            Case No.  3:07cv196/EMT

CLARENDON AMERICAN INSURANCE
COMPANY, INC.,
    Defendant.
_____/

## ORDER

    This cause is before the court upon the "Emergency Motion of Non-Parties K. Wayne Walker and Waldorff Insurance and Bonding, Inc. for Protective Order as to Depositions Noticed for February 27, 2008" (Doc. 63).  A telephonic hearing was held on the motion on February 26, 2008.  For the reasons discussed during the hearing (i.e., in pertinent part, by agreement of the parties the depositions will be rescheduled and the court will extend the discovery deadline by one week to accommodate the taking of these depositions), the non-parties' motion shall be granted.

    Accordingly, it is **ORDERED**:

    1.    The "Emergency Motion of Non-Parties K. Wayne Walker and Waldorff Insurance and Bonding, Inc. for Protective Order as to Depositions Noticed for February 27, 2008" (Doc. 63) is **GRANTED**, and the deposition subpoenas are hereby quashed.

    2.    The discovery deadline is extended to **March 7, 2008**.

    3.    The dispositive motions deadline is extended to by **March 17, 2008.**

**DONE AND ORDERED** this 27th day of February 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**