**Exhibit A**
**Prejudgment Interest Cost of Defense**

| Invoice # | Due Date | Fees | Costs | Amount Due | Days | Interest | |
|---|---|---|---|---|---|---|---|
| 63583 | 6/20/2005 | $ 2,352.50 | $ 62.39 | $2,414.89 | 1319 | $698.20 | |
| 66702 | 9/13/2005 | $ 8,810.00 | $ 684.21 | $9,494.21 | 1234 | $2,568.12 | |
| 70852 | 1/25/2006 | $ 6,922.50 | $ 395.31 | $7,317.81 | 1100 | $1,764.47 | |
| 71090 | 2/6/2006 | $ 1,085.00 | $ 509.35 | $1,594.35 | 1088 | $380.24 | |
| 71821 | 3/6/2006 | $ 1,447.00 | $ 162.86 | $1,609.86 | 1060 | $374.05 | |
| 72771 | 4/15/2006 | $ 4,785.00 | $ 124.80 | $4,909.80 | 1020 | $1,097.75 | |
| 75064 | 6/12/2006 | $ 1,968.00 | $ 501.57 | $2,469.57 | 962 | $520.76 | |
| 76035 | 7/13/2006 | $ 4,967.50 | $ 164.74 | $5,132.24 | 931 | $1,047.36 | |
| 77458 | 8/14/2006 | $ 9,347.00 | $ 3,393.90 | $12,740.90 | 899 | $2,510.73 | |
| 78674 | 10/11/2006 | $ 7,142.00 | $ 1,568.46 | $8,710.46 | 841 | $1,605.75 | |
| 79535 | 11/13/2006 | $ 2,059.50 | $ 450.07 | $2,509.57 | 808 | $444.48 | |
| 80478 | 12/18/2006 | $ 3,068.50 | $ 441.95 | $3,510.45 | 773 | $594.82 | |
| | 1/3/2007 | | $ 1,024.97 | $1,024.97 | 757 | $170.08 | |
| 80934 | 1/8/2007 | $ 4,974.00 | $ 1,230.76 | $6,204.76 | 752 | $1,022.78 | |
| | 1/12/2007 | | $ 980.69 | $980.69 | 748 | $160.80 | |
| | 2/9/2007 | | $ 562.95 | $562.95 | 720 | $88.85 | |
| 81789 | 2/12/2007 | $ 3,054.50 | $ 1,145.87 | $4,200.37 | 717 | $660.16 | |
| 82778 | 3/14/2007 | $ 1,678.50 | $ 182.58 | $1,861.08 | 687 | $280.26 | |
| 83519 | 4/10/2007 | $ 3,542.50 | $ 240.79 | $3,783.29 | 660 | $547.34 | |
| 85476 | 5/29/2007 | $ 17,735.50 | $ 877.73 | $18,613.23 | 611 | $2,492.89 | |
| 85659 | 6/12/2007 | $ 4,206.00 | $ 6,913.85 | $11,119.85 | 597 | $1,455.17 | |
| 86578 | 7/12/2007 | $ 34,680.25 | $ 4,380.89 | $39,061.14 | 567 | $4,854.77 | |
| | | | | | | | |
| | | Total Fees | Total Costs | Total Defense | | Total Interest | Per diem interest |
| | | $ 123,825.75 | $26,000.69 | $ 149,826.44 | | $ 25,339.82 | $32.84 |